**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NELSON A. DIAZ RODRIGUEZ,

    Plaintiff,

v.                                                                                 Case No. 6:22-cv-144-WWB-GJK

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY and
DIRECTOR, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

    Defendants.

---

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida on June 10, 2022.

*/s/ Wendy W. Berger*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record